IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 16-10611-TPA |
| | : | |
| LARRY EDWARD HAWK AND | : | Chapter 13 |
| SUMMER ANN HAWK, | : | |
| | : | |
| Debtor(s). | : | |
| | : | |
| PNC BANK, NATIONAL ASSOCIATION, | : | Related to Doc. No. 50 |
| | : | |
| Movant, | : | |
| | : | |
| v. | : | |
| | : | |
| LARRY EDWARD HAWK AND | : | |
| SUMMER ANN HAWK, | : | |
| | : | |
| Respondent(s) | : | |

**CERTIFICATE OF SERVICE**

I, the undersigned, certify that on May 3, 2019, I served or caused to be served, a copy of the Order Granting Request to Restrict Public Access to Doc. No. 24 upon Debtor(s)' counsel, the chapter 13 trustee, and the United States Trustee via electronic email through the Court's CM/ECF notification system, and upon the Debtor(s) via First Class, postage prepaid, U.S. Mail, at the following address(es):

Larry Edward Hawk
17592 South Norrisville Road
Conneautville, PA 16406

Summer Ann Hawk
17592 South Norrisville Road
Conneautville, PA 16406

Dated:  May 3, 2019

/s/ *Maribeth Thomas*
Maribeth Thomas, Esq.
PA ID No. 208376
TUCKER ARENSBERG, P.C.
1500 One PPG Place
Pittsburgh, Pennsylvania 15222
Phone:  (412) 566-1212
Fax:  (412) 594-3944
mthomas@tuckerlaw.com

*Counsel for PNC Bank, National Association*