**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | *Larry* | *Edward* | *Hawk* |
| | First Name | Middle Name | Last Name |
| Debtor 2 | *Summer* | *Ann* | *Hawk* |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    WESTERN DISTRICT OF PENNSYLVANIA

Case number    *16-10611TPA*
(if known)

# Official Form 423
## Certification About a Financial Management Course   12/15

**If you are an individual, you must take an approved course about personal financial management if:**
- **you filed for bankruptcy under chapter 7 or 13, or**
- **you filed for bankruptcy under chapter 11 and § 1141 (d)(3) does not apply.**

**In a joint case, each debtor must take the course.  11 U.S.C. §§ 727(a)(11) and 1328(g).**

After you finish the course, the provider will give you a certificate.  The provider may notify the court that you have completed the course.  If the provider does notify the court, you need not file this form.  I the provider does not notify the court, then Debtor 1 and Debtor 2 must each file this form with the certificate number before your debts will be discharged.

- If you filed under chapter 7 and you need to file this form, file it within 60 days after the first date set for the meeting of creditors under § 341 of the Bankruptcy Code.
- If you filed under chapter 11 or 13 and you need to file this form, file it before you make the last payment that your plan requires or before you file a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Bankruptcy Code. Fed. R. Bankr. P. 1007(c).

**In some cases, the court can waive the requirement to take the financial management course.  To have the requirement waived, you must file a motion with the court and obtain a court order.**

### Part 1:   Tell the Court About the Required Course.

*You must check one:*

☒ **I completed an approved course in personal financial management:**

  Date I took the course        *October 1, 2019*

  Name of approved provider     *Advantage Credit Counseling Service, Inc.*

  Certificate Number            *01721-PAW-DE-033489546*

☐ **I am not required to complete a course in personal financial management because the court has granted my motion for a waiver of the requirement based on** *(check one)*:

  ☐ **Incapacity.**   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.**   My physical disability causes me to be unable to complete a course in personal financial management in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.**   I am currently on active military duty in a military combat zone.

  ☐ **Residence.**   I live in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses cannot adequately meet my needs.

### Part 2:   Sign Here

I certify that the information I have provided is true and correct.

| | | |
|---|---|---|
| **X   /s/Summer Ann Hawk** | **Summer Ann Hawk** | Date **10/2/2019** |
| **Signature of debtor named on certificate** | Printed name of debtor | |
| #1246945 | | |

Official Form 104       For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims       Page 2

Certificate Number: 01721-PAW-DE-033489546

Bankruptcy Case Number: 16-10611



01721-PAW-DE-033489546

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 1, 2019</u>, at <u>10:02</u> o'clock <u>AM EDT</u>, <u>Summer Hawk</u> completed a course on personal financial management given <u>by internet</u> by <u>Advantage Credit Counseling Service, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:   <u>October 1, 2019</u>           By:    <u>/s/Sarah Chechak</u>

                                       Name:  <u>Sarah Chechak</u>

                                       Title: <u>Counseling</u>