**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
10/4/19 2:39 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

|  |  |
|---|---|
| IN RE: Summer Ann Hawk<br>Larry Edward Hawk<br>　　　　Debtors<br><br>FANNIE MAE a/k/a FEDERAL NATIONAL<br>MORTGAGE ASSOCIATION,<br>　　　　Movant<br>　　v.<br>Summer Ann Hawk<br>Larry Edward Hawk<br>　　　　Respondent<br>　　　　and<br>Ronda J. Winnecour, Trustee<br>　　　　Additional Respondent | BK. NO. 16-10611 TPA<br><br>CHAPTER 13<br><br>Related to Docket # 53 |

**ORDER MODIFYING SECTION 362 AUTOMATIC STAY**

　　AND NOW, this 4th day of October, 2019, upon Motion of FANNIE MAE a/k/a FEDERAL NATIONAL MORTGAGE ASSOCIATION, it is

　　**ORDERED THAT:** The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises, the 15-acre parcel, Parcel No. 2806-018-4, State Highway 158, Conneautville, PA 16406 ("Property"), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
United States Bankruptcy Judge    ljm

Summer Ann Hawk
17592 S Norrisville Road
Conneautville, PA 16406

Larry Edward Hawk
17592 S Norrisville Road
Conneautville, PA 16406

Michael S. Jan Janin, Esq.
Quinn Buseck Leemhuis Toohey & Kroto Inc
2222 West Grandview Boulevard
Erie, PA 16506-4508
mjanjanin@quinnfirm.com

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com


KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 16-10611-TPA
Larry Edward Hawk                                                               Chapter 13
Summer Ann Hawk
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: bsil                 Page 1 of 1             Date Rcvd: Oct 04, 2019
                              Form ID: pdf900            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 06, 2019.
db/jdb         +Larry Edward Hawk,    Summer Ann Hawk,    17592 South Norrisville Road,
                 Conneautville, PA 16406-1221

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 4, 2019 at the address(es) listed below:
              Brett A. Solomon    on behalf of Creditor    PNC Bank, National Association, successor by merger to
               National City Bank bsolomon@tuckerlaw.com,   agilbert@tuckerlaw.com
              James Warmbrodt    on behalf of Creditor    FANNIE MAE a/k/a FEDERAL NATIONAL MORTGAGE ASSOCIATION
               bkgroup@kmllawgroup.com
              Maribeth Thomas    on behalf of Creditor    PNC Bank, National Association, successor by merger to
               National City Bank mthomas@tuckerlaw.com,    maribeth.thomas@gmail.com,agilbert@tuckerlaw.com
              Matthew Christian Waldt    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
               Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.
               mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
              Michael S. Jan Janin    on behalf of Joint Debtor Summer Ann Hawk mjanjanin@quinnfirm.com,
               knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com
              Michael S. Jan Janin    on behalf of Debtor Larry Edward Hawk mjanjanin@quinnfirm.com,
               knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 8