IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 16-10611TPA |
| | : | |
| LARRY EDWARD HAWK and SUMMER ANN HAWK, his wife, | : | THE HON. THOMAS P. AGRESTI |
| Debtors | : | CHAPTER 13 |
| | : | |
| LARRY EDWARD HAWK and SUMMER ANN HAWK, his wife, | : | DOCUMENT NO. |
| Movants | : | |
| | : | |
| v. | : | |
| | : | |
| NO RESPONDENT | : | |

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. Include whichever one of the two following statements applies:

   __X__  The Debtors are not required to pay any Domestic Support Obligations.

   ____  The Debtors are required to pay Domestic Support Obligations and the Debtors have paid any amounts payable under a Court Order or Statute that were due on or before the date of this Certification (including amounts due before the petition was filed, but only to the extent provided for in the Plan).

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the timeframes specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On October 2, 2019, at Docket No. 56 and 57, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies)*:

__X__   Debtors carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.

_____   Undersigned Counsel duly questioned Debtors about the statements in this Certification and verified the answers in support of this Certification.

Dated: October 7, 2019        By:    */s/Larry Edward Hawk*
                                     Debtor/Larry Edward Hawk

Dated: October 7, 2019        By:    */s/Summer Ann Hawk*
                                     Debtor/Summer Ann Hawk

QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.

Dated: October 7, 2019        By:    */s/Michael S. JanJanin*
                                     Michael S. Jan Janin, Esq.
                                     Pa. I.D. No. 38880
                                     2222 West Grandview Boulevard
                                     Erie, PA 16506-4508
                                     Phone: (814) 833-2222, Ext. 1045
                                     Phone: (814) 314-1051 (Direct)
                                     Fax: (814) 833-6753
                                     Email: mjanjanin@quinnfirm.com
                                     Attorneys for Debtors, Larry Edward Hawk and Summer Ann Hawk

#1246949