**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Larry Edward Hawk** | : | Case No. 16–10611–TPA |
| **Summer Ann Hawk** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 62 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 1/8/20 at 12:00 PM |
| *Respondent(s).* | : | |

**ORDER SCHEDULING DATE FOR RESPONSE
AND HEARING ON MOTION**

   *AND NOW,* this *The 28th of October, 2019*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 62 , by the Chapter 13 Trustee

   It is hereby **ORDERED, ADJUDGED and DECREED** that:

   (1) *On or before December 12, 2019*, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

   (2) This *Motion* is scheduled for hearing on *January 8, 2020 at 12:00 PM* in 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*.

   (3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.* In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 16-10611-TPA
Larry Edward Hawk                                               Chapter 13
Summer Ann Hawk
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-1           User: lmar                 Page 1 of 2                  Date Rcvd: Oct 28, 2019
                               Form ID: 300b              Total Noticed: 15
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 30, 2019.
db/jdb         +Larry Edward Hawk,    Summer Ann Hawk,    17592 South Norrisville Road,
                 Conneautville, PA 16406-1221
14257972       +Citizens Bank,    1128 State Street,    Erie, PA 16501-1917
14257975       +Denise Ford,    Clearfield, PA 16830
14325342       +Federal National Mortgage Association,    c/o Seterus, Inc.,    PO Box 1047,
                 Hartford, CT 06143-1047
14250969       +Federal National Mortgage Association,    14523 Millikan Way,    Suite 200,
                 Beaverton, OR 97005-2352
14257978       +Hayfield Township Tax Collector,    ATTENTION: Sharon Wilson,    P.O. Box 814,
                 Saegertown, PA 16433-0814
14257982       +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
14250970        Phelan Hallinan Diamond & Jones LLP,    One Penn Center @ Suburban Station,   Suite 1400,
                 1617 John F. Kennedy Blvd.,    Philadelphia, PA 19103-1814
14257983       +Sharp Collections, Inc.,    114 N. Mercer Avenue,    P.O. Box 81,   Sharpsville, PA 16150-0081
14257984       +Windstream Communications, Inc.,    c/of LVNV Funding LLC,    c/of Resurgent Capital Services,
                 P.O. Box 10497,    Greenville, SC 29603-0497

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14257974       +E-mail/Text: rkiser@co.crawford.pa.us Oct 29 2019 03:11:45      Crawford County Tax Claim Bureau,
                 903 Diamond Square,    Meadville, PA 16335-2694
14250968       +E-mail/Text: rkiser@co.crawford.pa.us Oct 29 2019 03:11:45      Crawford County Tax Claim Bureau,
                 Crawford County Courthouse,    903 Diamond Park,    Meadville, PA 16335-2640
14257976       +E-mail/Text: mrdiscen@discover.com Oct 29 2019 03:10:48      Discover Bank,   P.O. Box 6103,
                 Carol Stream, IL 60197-6103
14257979        E-mail/Text: cio.bncmail@irs.gov Oct 29 2019 03:10:57      Internal Revenue Service,
                 ATTN: Centralized Insolvency Operations,    P.O. Box 7346,    Philadelphia, PA 19101-7346
14257980        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 29 2019 03:11:19      Pa. Dept. of Revenue,
                 Dept. 280946,    Harrisburg, PA 17128-0946
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              FANNIE MAE a/k/a FEDERAL NATIONAL MORTGAGE ASSOCIA
cr              PNC Bank, National Association, successor by merge
cr              Seterus, Inc. as the authorized subservicer for Fe
14257973*      +Crawford County Tax Claim Bureau,    Crawford County Courthouse,    903 Diamond Park,
                 Meadville, PA 16335-2640
14257977*      +Federal National Mortgage Association,    14523 Millikan Way,    Suite 200,
                 Beaverton, OR 97005-2352
14257981*       Phelan Hallinan Diamond & Jones LLP,    One Penn Center @ Suburban Station,   Suite 1400,
                 1617 John F. Kennedy Blvd.,    Philadelphia, PA 19103-1814
                                                                                   TOTALS: 3, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2019                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 28, 2019 at the address(es) listed below:
              Brett A. Solomon    on behalf of Creditor   PNC Bank, National Association, successor by merger to
               National City Bank bsolomon@tuckerlaw.com,   agilbert@tuckerlaw.com
              James Warmbrodt    on behalf of Creditor   FANNIE MAE a/k/a FEDERAL NATIONAL MORTGAGE ASSOCIATION
               bkgroup@kmllawgroup.com
              Maribeth Thomas    on behalf of Creditor   PNC Bank, National Association, successor by merger to
               National City Bank mthomas@tuckerlaw.com,   maribeth.thomas@gmail.com,agilbert@tuckerlaw.com
```

```
District/off: 0315-1                User: lmar                    Page 2 of 2                  Date Rcvd: Oct 28, 2019
                                    Form ID: 300b                 Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Matthew Christian Waldt    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com

        Michael S. Jan Janin    on behalf of Joint Debtor Summer Ann Hawk mjanjanin@quinnfirm.com, knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com

        Michael S. Jan Janin    on behalf of Debtor Larry Edward Hawk mjanjanin@quinnfirm.com, knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com

        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov

        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

        TOTAL: 8