FILED
11/20/19 4:16 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) <br> Larry Edward Hawk ) <br> Summer Ann Hawk ) <br>     Debtor ) <br> _____ ) <br> Ronda J. Winnecour, Chapter 13 ) <br> Trustee, ) <br> ) <br>     Movant, ) <br> ) <br>     Vs. ) <br> Larry Edward Hawk <br> Summer Ann Hawk ) <br>     Respondent(s) ) | Case No.: 16-10611 TPA <br> Chapter 13 <br><br> Rel to Doc No. 66 |

### ORDER OF COURT

AND NOW, this **20th** day of **November**, 2019, upon consideration of the Trustee's Motion to Enlarge Time for Filing of Final Report and Account, it is

ORDERED that the motion is Granted and the Chapter 13 Trustee shall file the Final Report and Account on or before February 28, 2020.

BY THE COURT:

_____
U.S. Bankruptcy Judge    ljm

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Larry Edward Hawk  
Summer Ann Hawk  
   Debtors

Case No. 16-10611-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1   User: bsil   Page 1 of 1   Date Rcvd: Nov 20, 2019  
        Form ID: pdf900   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2019.  
db/jdb   +Larry Edward Hawk,   Summer Ann Hawk,   17592 South Norrisville Road,   Conneautville, PA 16406-1221

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

  ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2019          Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2019 at the address(es) listed below:

 Brett A. Solomon   on behalf of Creditor   PNC Bank, National Association, successor by merger to National City Bank bsolomon@tuckerlaw.com, agilbert@tuckerlaw.com  
 James Warmbrodt   on behalf of Creditor   FANNIE MAE a/k/a FEDERAL NATIONAL MORTGAGE ASSOCIATION bkgroup@kmllawgroup.com  
 Maribeth Thomas   on behalf of Creditor   PNC Bank, National Association, successor by merger to National City Bank mthomas@tuckerlaw.com, maribeth.thomas@gmail.com,agilbert@tuckerlaw.com  
 Matthew Christian Waldt   on behalf of Creditor   Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com  
 Michael S. Jan Janin   on behalf of Joint Debtor Summer Ann Hawk mjanjanin@quinnfirm.com, knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com  
 Michael S. Jan Janin   on behalf of Debtor Larry Edward Hawk mjanjanin@quinnfirm.com, knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com  
 Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov  
 Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com

                        TOTAL: 8