**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Larry Edward Hawk** | Social Security number or ITIN  **xxx–xx–4632** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Summer Ann Hawk** | Social Security number or ITIN  **xxx–xx–7249** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **16–10611–TPA**

# Order of Discharge                                                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Larry Edward Hawk                                    Summer Ann Hawk

12/13/19                             **By the court:**    Thomas P. Agresti
                                                        United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                              Case No. 16-10611-TPA
Larry Edward Hawk                                                   Chapter 13
Summer Ann Hawk
         Debtors
                                    CERTIFICATE OF NOTICE
District/off: 0315-1          User: bsil              Page 1 of 2           Date Rcvd: Dec 13, 2019
                              Form ID: 3180W          Total Noticed: 16


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2019.
db/jdb         +Larry Edward Hawk,    Summer Ann Hawk,    17592 South Norrisville Road,
                 Conneautville, PA 16406-1221
14257972       +Citizens Bank,    1128 State Street,    Erie, PA 16501-1917
14257975       +Denise Ford,    Clearfield, PA 16830
14325342       +Federal National Mortgage Association,    c/o Seterus, Inc.,    PO Box 1047,
                 Hartford, CT 06143-1047
14250969       +Federal National Mortgage Association,    14523 Millikan Way,    Suite 200,
                 Beaverton, OR 97005-2352
14257978       +Hayfield Township Tax Collector,    ATTENTION: Sharon Wilson,    P.O. Box 814,
                 Saegertown, PA 16433-0814
14257982       +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
14250970        Phelan Hallinan Diamond & Jones LLP,    One Penn Center @ Suburban Station,    Suite 1400,
                 1617 John F. Kennedy Blvd.,    Philadelphia, PA 19103-1814
14257983       +Sharp Collections, Inc.,    114 N. Mercer Avenue,    P.O. Box 81,    Sharpsville, PA 16150-0081
14257984       +Windstream Communications, Inc.,    c/of LVNV Funding LLC,    c/of Resurgent Capital Services,
                 P.O. Box 10497,    Greenville, SC 29603-0497

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 14 2019 02:15:57       Pennsylvania Dept. of Revenue,
                 Department 280946,   P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA 17128-0946
14257974       +E-mail/Text: rkiser@co.crawford.pa.us Dec 14 2019 02:16:05       Crawford County Tax Claim Bureau,
                 903 Diamond Square,    Meadville, PA 16335-2694
14250968       +E-mail/Text: rkiser@co.crawford.pa.us Dec 14 2019 02:16:05       Crawford County Tax Claim Bureau,
                 Crawford County Courthouse,    903 Diamond Park,    Meadville, PA 16335-2640
14257976       +EDI: DISCOVER.COM Dec 14 2019 07:13:00      Discover Bank,    P.O. Box 6103,
                 Carol Stream, IL 60197-6103
14257979        EDI: IRS.COM Dec 14 2019 07:13:00      Internal Revenue Service,
                 ATTN: Centralized Insolvency Operations,    P.O. Box 7346,    Philadelphia, PA 19101-7346
14257980        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 14 2019 02:15:57       Pa. Dept. of Revenue,
                 Dept. 280946,   Harrisburg, PA 17128-0946
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              FANNIE MAE a/k/a FEDERAL NATIONAL MORTGAGE ASSOCIA
cr              PNC Bank, National Association, successor by merge
cr              Seterus, Inc. as the authorized subservicer for Fe
14257973*      +Crawford County Tax Claim Bureau,    Crawford County Courthouse,    903 Diamond Park,
                 Meadville, PA 16335-2640
14257977*      +Federal National Mortgage Association,    14523 Millikan Way,    Suite 200,
                 Beaverton, OR 97005-2352
14257981*       Phelan Hallinan Diamond & Jones LLP,    One Penn Center @ Suburban Station,    Suite 1400,
                 1617 John F. Kennedy Blvd.,    Philadelphia, PA 19103-1814
                                                                                         TOTALS: 3, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2019 at the address(es) listed below:
              Brett A. Solomon    on behalf of Creditor    PNC Bank, National Association, successor by merger to
               National City Bank bsolomon@tuckerlaw.com,    agilbert@tuckerlaw.com
              James Warmbrodt    on behalf of Creditor    FANNIE MAE a/k/a FEDERAL NATIONAL MORTGAGE ASSOCIATION
               bkgroup@kmllawgroup.com
```

```
District/off: 0315-1          User: bsil              Page 2 of 2              Date Rcvd: Dec 13, 2019
                              Form ID: 3180W          Total Noticed: 16


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Maribeth  Thomas    on behalf of Creditor   PNC Bank, National Association, successor by merger to
               National City Bank mthomas@tuckerlaw.com,  maribeth.thomas@gmail.com,agilbert@tuckerlaw.com
              Matthew Christian Waldt    on behalf of Creditor   Seterus, Inc. as the authorized subservicer for
               Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.
               mwaldt@milsteadlaw.com,  bkecf@milsteadlaw.com
              Michael S. Jan Janin    on behalf of Joint Debtor Summer Ann Hawk mjanjanin@quinnfirm.com,
               knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;m
               trayer@quinnfirm.com;gbebko@quinnfirm.com
              Michael S. Jan Janin    on behalf of Debtor Larry Edward Hawk mjanjanin@quinnfirm.com,
               knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;m
               trayer@quinnfirm.com;gbebko@quinnfirm.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 8
```