**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
12/13/19 12:59 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
LARRY EDWARD HAWK
SUMMER ANN HAWK
    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.:16-10611 TPA

Chapter 13

Document No.: 62

**ORDER OF COURT**

AND NOW, this ____13th____ day of ____December____, 20_19_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE    jm

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                  Case No. 16-10611-TPA
Larry Edward Hawk                                                       Chapter 13
Summer Ann Hawk
          Debtors
                                     CERTIFICATE OF NOTICE
District/off: 0315-1           User: bsil                   Page 1 of 2                  Date Rcvd: Dec 13, 2019
                               Form ID: pdf900              Total Noticed: 15


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2019.
db/jdb         +Larry Edward Hawk,    Summer Ann Hawk,    17592 South Norrisville Road,
                 Conneautville, PA 16406-1221
14257972       +Citizens Bank,    1128 State Street,    Erie, PA 16501-1917
14257975       +Denise Ford,    Clearfield, PA 16830
14325342       +Federal National Mortgage Association,    c/o Seterus, Inc.,    PO Box 1047,
                 Hartford, CT 06143-1047
14250969       +Federal National Mortgage Association,    14523 Millikan Way,    Suite 200,
                 Beaverton, OR 97005-2352
14257978       +Hayfield Township Tax Collector,    ATTENTION: Sharon Wilson,    P.O. Box 814,
                 Saegertown, PA 16433-0814
14257982       +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
14250970        Phelan Hallinan Diamond & Jones LLP,    One Penn Center @ Suburban Station,    Suite 1400,
                 1617 John F. Kennedy Blvd.,    Philadelphia, PA 19103-1814
14257983       +Sharp Collections, Inc.,    114 N. Mercer Avenue,    P.O. Box 81,    Sharpsville, PA 16150-0081
14257984       +Windstream Communications, Inc.,    c/of LVNV Funding LLC,    c/of Resurgent Capital Services,
                 P.O. Box 10497,    Greenville, SC 29603-0497

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14257974       +E-mail/Text: rkiser@co.crawford.pa.us Dec 14 2019 02:16:04     Crawford County Tax Claim Bureau,
                 903 Diamond Square,    Meadville, PA 16335-2694
14250968       +E-mail/Text: rkiser@co.crawford.pa.us Dec 14 2019 02:16:04     Crawford County Tax Claim Bureau,
                 Crawford County Courthouse,    903 Diamond Park,    Meadville, PA 16335-2640
14257976       +E-mail/Text: mrdiscen@discover.com Dec 14 2019 02:15:47     Discover Bank,    P.O. Box 6103,
                 Carol Stream, IL 60197-6103
14257979        E-mail/Text: cio.bncmail@irs.gov Dec 14 2019 02:15:49     Internal Revenue Service,
                 ATTN: Centralized Insolvency Operations,    P.O. Box 7346,    Philadelphia, PA 19101-7346
14257980        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 14 2019 02:15:56     Pa. Dept. of Revenue,
                 Dept. 280946,    Harrisburg, PA 17128-0946
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              FANNIE MAE a/k/a FEDERAL NATIONAL MORTGAGE ASSOCIA
cr              PNC Bank, National Association, successor by merge
cr              Seterus, Inc. as the authorized subservicer for Fe
14257973*      +Crawford County Tax Claim Bureau,    Crawford County Courthouse,    903 Diamond Park,
                 Meadville, PA 16335-2640
14257977*      +Federal National Mortgage Association,    14523 Millikan Way,    Suite 200,
                 Beaverton, OR 97005-2352
14257981*       Phelan Hallinan Diamond & Jones LLP,    One Penn Center @ Suburban Station,    Suite 1400,
                 1617 John F. Kennedy Blvd.,    Philadelphia, PA 19103-1814
                                                                                  TOTALS: 3, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2019                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2019 at the address(es) listed below:
              Brett A. Solomon    on behalf of Creditor    PNC Bank, National Association, successor by merger to
               National City Bank bsolomon@tuckerlaw.com,    agilbert@tuckerlaw.com
              James Warmbrodt    on behalf of Creditor    FANNIE MAE a/k/a FEDERAL NATIONAL MORTGAGE ASSOCIATION
               bkgroup@kmllawgroup.com
              Maribeth Thomas    on behalf of Creditor    PNC Bank, National Association, successor by merger to
               National City Bank mthomas@tuckerlaw.com,    maribeth.thomas@gmail.com,agilbert@tuckerlaw.com
```

```
District/off: 0315-1              User: bsil                Page 2 of 2                  Date Rcvd: Dec 13, 2019
                                  Form ID: pdf900           Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         Matthew Christian Waldt    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
         Michael S. Jan Janin    on behalf of Joint Debtor Summer Ann Hawk mjanjanin@quinnfirm.com, knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com
         Michael S. Jan Janin    on behalf of Debtor Larry Edward Hawk mjanjanin@quinnfirm.com, knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

                                                                                                                                        TOTAL: 8